SEAN P. FLYNN  (SBN:  220184)
sflynn@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
2211 Michelson Drive,
Suite 400
Irvine, CA 92612
Telephone:  (949) 255-6958
Facsimile:  (949) 474-2060

Attorneys for Defendant
METROPOLITAN BUREAU OF COLLECTIONS, INC.

UNITED STATES DISTRICT COURT

GRANTED

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

4/13/18

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA M. LARA,<br><br>              Plaintiff,<br><br>       vs.<br><br>BAY FEDERAL CREDIT UNION;<br>METROPOLITAN BUREAU OF COLLECTIONS,<br>INC.; and EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>              Defendants. | CASE NO.  4:18-cv-01407-YGR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT METROPOLITAN BUREAU OF COLLECTIONS, INC TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

///

///

///

///

///

///

///

///

///

///

STIPULATION TO EXTEND TIME FOR DEFENDANT METROPOLITAN BUREAU OF COLLECTIONS, INC
TO RESPOND TO COMPLAINT

Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1    **IT IS HEREBY STIPULATED AND AGREED** by and between all undersigned

2    attorneys of record for the specified parties referenced herein, that the time for Defendant

3    Metropolitan Bureau of Collections, Inc., to respond to Plaintiff's Complaint is extended from

4    March 29, 2018 to April 26, 2018.

5

6    Dated: April 12, 2018

7

8    **ANDERSON CONSUMER LAW**                **GORDON & REES LLP**
     *Attorney for Plaintiff*                    *Attorneys for Defendant Metropolitan*
9                                                *Bureau of Collections, Inc.*

10   By: /s/ *Mark F. Anderson*                  By: */s/Sean P. Flynn*
         Mark F. Anderson                            Sean P. Flynn  (SBN:  220184)
11       1736 Stockton Street, Ground Floor         2211 Michelson Drive, Suite 400
         San Francisco, CA  94133                    Irvine, California 92612
12       (415) 651-1951                              (949) 255-6958
         mark@andersonconsumerlaw.com                sflynn@grsm.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1154270/37608354v.3

STIPULATION TO EXTEND TIME FOR DEFENDANT METROPOLITAN BUREAU OF COLLECTIONS, INC
TO RESPOND TO COMPLAINT