UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**VICTORIA M. LARA,**

    Plaintiff**,**

vs.

**BAY FEDERAL CREDIT UNION, ET AL.,**

    Defendants**.**

Case No. 18-cv-01407-YGR

**TENTATIVE
CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the docket in this matter in advance of the Case Management Conference scheduled for May 7, 2018 and will set the following trial and pretrial dates.

The parties are advised that in cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge of their joint selection for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case with more flexibility than the undersigned district judge, especially in smaller cases such as the one at issue here. Trial counsel shall certify that they have reviewed the profiles of all the magistrate judges in this district.

The parties are hereby **DIRECTED** to advise the Court, no later than **10:00 a.m. on Friday, May 4, 2018**, whether they (i) submit to the tentative case management and pretrial order in which case no appearance will be necessary and the order will issue automatically; (ii) consent to have a magistrate judge of their choice conduct all further proceedings in the instant action in which case no appearance will be necessary and the reassignment order will issue automatically; or (iii) will personally appear for the case management conference. Should the parties choose to consent to a magistrate judge, forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

\\

\\

# PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 20, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | August 3, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | August 24, 2018 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: August 24, 2018<br>Rebuttal: August 31, 2018 |
| EXPERT DISCOVERY CUTOFF: | September 14, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 18, 2018 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, October 19, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, October 26, 2018 |
| PRETRIAL CONFERENCE: | Friday, November 9, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Wednesday, November 28, 2018 at 8:30 a.m. for 2 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 19, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 1, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge