# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORIA M. LARA,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**BAY FEDERAL CREDIT UNION, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 18-cv-01407-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

Plaintiff's counsel has informed the Court that the parties have reached a global settlement in the above-captioned case. Accordingly, all currently set dates in the mater are **VACATED**.

A compliance hearing shall be held on **Friday, June 15, 2018**, on the Court's **9:01 a.m.** calendar, in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 3, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**