Mark F. Anderson (SBN 44787)
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@andersonconsumerlaw.com

Attorneys for Plaintiff Victoria M. Lara

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/4/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA M. LARA,<br><br>    Plaintiff,<br><br>    v.<br><br>BAY FEDERAL CREDIT UNION, et al,<br><br>    Defendants. | Case No. 18-cv-01407 YGR<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Victoria M. Lara and counsel for defendants Bay Federal Credit Union, Metropolitan Bureau of Collections, Inc., and Equifax Information Services LLC that this entire action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 24, 2018

*/s/ Mark F. Anderson*
Mark F. Anderson
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Ph: (415) 651-1951
mark@andersonconsumerlaw.com          Attorney for Plaintiff

//

**JOINT CASE MANAGEMENT STATEMENT –- LARA V BAY FEDERAL CU., NO 18-CV-01407 YGR**

/s/ *Mark F. Worthge*  
LITCHFIELD CAVO LLP  
251 South Lake Ave, Suite 750  
Pasadena, CA 91102  
Ph: (626) 683-1100  
worthge@litchfieldcavo.com            Attorneys for Bay Federal Credit Union

/s/ *Sean P. Flynn*  
GORDON REES SCULLY MANSUKHANI LLP  
2211 Michelson Drive  
Suite 400  
Irvine, CA 92612  
Ph: (949) 255-6958  
sflynn@grsm.com            Attorneys for Metropolitan Bureau of Collections

/s/ *Thomas P. Quinn, Jr.*  
NOKES & QUINN APC  
410 Broadway, Suite 200  
Laguna Beach, CA 92651  
Ph: (949) 376-3500  
tquinn@nokesquinn.com

**FILER ATTESTATION**

      Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 24, 2018.

                                           /s/ *Mark F. Anderson*

**JOINT CASE MANAGEMENT STATEMENT --- LARA V BAY FEDERAL CU., NO 18-CV-01407 YGR**